

#16

NATHANIEL BASOLA SOBAYO: Doing Business As:
Kingsway Capital Partners, LLC
2148 UNIVERSITY AVENUE, East Palo Alto, California 94303
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.   Cell: 408-323-1849



**FILED**
NOV 20 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
Northern District of California

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

Declaration of :
CERTIFICATE OF SERVICE OF DEFENDANT.

NAME: *Proposed New Buyer of Subject property*

Summons, Notice of Status Conference, and Adversary Complaint, in this same Adversary Proceeding.

Please, see attached documents as proofs.

Declaration by me,

*[signature]*

SIGNATURE:                                              DATED: 11/20/2014.
Christopher Franz Wuillemin,

Form SUM

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

*Proposed New Buyer of Subject property #16* (handwritten)

| In Re:<br>Kingsway Capital Partners, LLC Debtor(s) | Bankruptcy Case No.: 14-31532<br>Chapter: 11 |
|---|---|
| Kingsway Capital Partners, LLC Plaintiff(s)<br>vs.<br>Slavik S. Leydiker Defendant(s)<br>(See attachment for additional defendant(s)) | Adversary Proceeding No. 14-03149 |

## SUMMONS AND NOTICE OF STATUS CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

United States Bankruptcy Court
235 Pine Street, 19th floor (94104)
Post Office Box 7341
San Francisco, CA 94120

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Kingsway Capital Partners, LLC
2148 University Ave.
East Palo Alto, CA 94303

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference of proceeding commenced by filing of the complaint will be held at the following time and place.

| DATE: January 22, 2015 | TIME: 02:00 PM |
|---|---|
| LOCATION: U.S. Bankruptcy Court, 235 Pine St. 23rd FL., San Francisco, CA 94104 | |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CANB.USCOURTS.GOV AND THE CLERK'S OFFICE.



For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Dated: 11/14/14

Anna Cho-Wong
Deputy Clerk

## CERTIFICATE OF SERVICE

I, CHRISTOPHER F. WUILLEMIN (name), certify that service of this summons and copy of the complaint was made 11/14/14 (date) by: CLERK OF COURT

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
PROPOSED NEW BUYER OF SUBJECT PROPERTY @ 2148 UNIVERSITY AVENUE, EAST PALO ALTO, CA, 94303
CARE OF: JENNIFER LOSKAMP, BRE# 01375818
COLDWELL BANKER - RESIDENTIAL & COMMERCIAL
410 N. SANTA CRUZ AVENUE
LOS GATOS, CALIFORNIA, 95030

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

☐ Residence Service: By leaving the process with the following adult as:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Publication: The defendant was served as follows:[Describe briefly]

☐ State Law: The defendant was served pursant to the laws of State of _____, as follows:[Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 11/16/14    Signature [signed]
Print Name: CHRISTOPHER F. WUILLEMIN
Business Address: 2148 UNIVERSITY AVENUE
EAST PALO ALTO, CALIFORNIA, 94303

## ADDITIONAL PLAINTIFFS/DEFENDANTS NOT LISTED ON THE FIRST PAGE

Jaime Alvarez, Defendant
Dan Beatty, Defendant
Steve Carmassi, Defendant
Custard Insurance Adjusters, Defendant
First Mercury Insurance NAIC #10657, Defendant
Bret Husted, Defendant
Inter West Insurance Services, Defendant
Jeffrey Johnson, Defendant
Jennifer Loskamp, Defendant
Maria Sosa's Insurer, Defendant
New Buyer of Subject Property, Defendant
Roof Guard Company, Inc., Defendant
Chris Shaheen, Defendant
Maria Sosa, Defendant
Sosa Maria G Trust, Defendant
State Compensation Insurance Fund (CA) NAIC #35076, Defendant

## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971-3 | User: awong | Date Created: 11/14/2014 |
| Case: 14-03149 | Form ID: SUM | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla      Kingsway Capital Partners, LLC      2148 University Ave.      East Palo Alto, CA 94303

TOTAL: 1