IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division
UNITED STATES OF AMERICA,

KINGSWAY CAPITAL PARTNERS, LLC

Plaintiff

V.

Slavik S. Leydiker, et al,

Defendants.

To: Clerk of Court



FILED
DEC 1 6 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Bankruptcy Case No. 14-31532
Chapter 11
Adversary Proceeding No. 14-03149

# REQUEST FOR ENTRY OF DEFAULT

Plaintiff, Kingsway Capital Partners, LLC, hereby requests the entry of default pursuant to Federal Rule of Civil Procedure 55, which is incorporated be Fed. R. Bankr. P. 7055.

Forfeiture of all Claims and Defense Forfeiture Actions
against ALL PERSONS AND PARTIES AS DEFENDANTS for Defendants Jennifer Loskamp and Chris Shaheen, for failure to file a valid motion, claim and or answer within the time allowed by law.
See:
SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN ADVERSARY PROCEEDING , AS ISSUED BY THIS COURT ON NOVEMBER 14, 2014.

An Affidavit in support of this request is attached hereto.

NATHANIEL BASOLA SOBAYO,
FOR : KINGSWAY CAPITAL PARTNERS, LLC,

By: NATHANIEL BASOLA SOBAYO,
CHAIRMAN, PRESIDENT & CEO
FOR : KINGSWAY CAPITAL PARTNERS, LLC

12/16/14.

So entered:

CLERK OF COURT

By: CLERK OF COURT
Deputy Clerk

NATHANIEL BASOLA SOBAYO: Doing Business As:
Kingsway Capital Partners, LLC
2148 UNIVERSITY AVENUE, East Palo Alto, California 94303
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.  Fax: 650-228-2492.  Cell: 408-323-1849

#1


FILED
DEC 16 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**UNITED STATES BANKRUPTCY COURT**
Northern District of California

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

CERTIFICATE OF SERVICE OF DEFENDANT.

( ) Mail SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

Name: SLAVIK S. LEYDIKER, A PURPORTED ATTORNEY
Care of Name:
Address: 1717 WOODSIDE ROAD
City: REDWOOD CITY   State: CA   Zip: 94061

Request for entry of DEFAULT & Affidavit in support of;

Declaration by me,

SIGNATURE:                                   DATED: 12/16/2014.
Christopher Franz Wuillemin,

\# 2

NATHANIEL BASOLA SOBAYO: Doing Business As:
Kingsway Capital Partners, LLC
2148 UNIVERSITY AVENUE, East Palo Alto, California 94303
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.   Cell: 408-323-1849



**FILED**
DEC 16 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
Northern District of California

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

## Adversary Proceeding No. 14-03149

CERTIFICATE OF SERVICE OF DEFENDANT.

( ) Mail SERVICE: Regular, first class United States mail, postage fully
     pre-paid, addressed to:

Name: MARIA SOSA   care of SLAVIK S. LEYDIKER, A PURPORTED ATTORNEY
Care of Name:
Address: 1717 WOODSIDE ROAD
City: REDWOOD CITY   State: CA   Zip: 94061

Request for entry of DEFAULT & Affidavit in support of;

Declaration by me,

*[signature]*

SIGNATURE:                                         DATED: 12/16/2014.
Christopher Franz Wuillemin,

#3

**NATHANIEL BASOLA SOBAYO: Doing Business As:**
**Kingsway Capital Partners, LLC**
2148 UNIVERSITY AVENUE, East Palo Alto, California 94303
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.   Cell: 408-323-1849



**FILED**

DEC 16 2014

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

**CERTIFICATE OF SERVICE OF DEFENDANT.**

( ) Mail SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

Name: DAN BEATTY, A PURPORTED LAWYER
Care of Name:
Address: 1771 WOODSIDE ROAD
City: REDWOOD CITY   State: CA   Zip: 94061

Request for entry of DEFAULT & Affidavit in support of;

Declaration by me,

*[signature]*

**SIGNATURE:**                                                   DATED: 12/16/2014.
**Christopher Franz Wuillemin,**

#4

**NATHANIEL BASOLA SOBAYO: Doing Business As:**
**Kingsway Capital Partners, LLC**
**2148 UNIVERSITY AVENUE, East Palo Alto, California 94303**
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.  Fax: 650-228-2492.  Cell: 408-323-1849

**FILED**
DEC 16 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

**CERTIFICATE OF SERVICE OF DEFENDANT.**

( ) Mail SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

Name: JAIME ALVAREZ, NEW BAY REALTY
Care of Name:
Address: 3152 STORY ROAD
City: SAN JOSE   State: CA   Zip: 95127

**Request for entry of DEFAULT & Affidavit in support of;**

Declaration by me,

SIGNATURE:                                   DATED: 12/16/2014.
Christopher Franz Wuillemin,

# 5

**NATHANIEL BASOLA SOBAYO: Doing Business As:**
Kingsway Capital Partners, LLC
2148 UNIVERSITY AVENUE, East Palo Alto, California 94303
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.  Fax: 650-228-2492.  Cell: 408-323-1849


FILED
DEC 16 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

**CERTIFICATE OF SERVICE OF DEFENDANT.**

( ) Mail SERVICE: Regular, first class United States mail, postage fully
    pre-paid, addressed to:

Name: SOSA MARIA G TRUST
Care of Name: A PURPORTED LAWYER - SLAVIK S. LEYDIKER
Address: 1771 WOODSIDE ROAD
City: REDWOOD CITY  State: CA  Zip: 94061

**Request for entry of DEFAULT & Affidavit in support of;**

Declaration by me,

*[signature]*

SIGNATURE:                                    DATED: 12/16/2014.
Christopher Franz Wuillemin,

#6

NATHANIEL BASOLA SOBAYO: Doing Business As:
Kingsway Capital Partners, LLC
2148 UNIVERSITY AVENUE, East Palo Alto, California 94303
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.   Cell: 408-323-1849

IN **FILED**

DEC 16 2014



UNITED STATES BANKRUPTCY COURT
Northern District of California

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

## Adversary Proceeding No. 14-03149

CERTIFICATE OF SERVICE OF DEFENDANT.

( ) Mail SERVICE: Regular, first class United States mail, postage fully
     pre-paid, addressed to:

Name: MARIA SOSA'S INSURER, TO BE FULLY IDENTIFIED
Care of Name: A PURPORTED LAWYER: SLAVIK S. LEYDIKER
Address: 1771 WOODSIDE ROAD
City: REDWOOD CITY  State: CA   Zip: 94061

Request for entry of DEFAULT & Affidavit in support of;

Declaration by me,

SIGNATURE:                                           DATED: 12/16/2014.
Christopher Franz Wuillemin,

NATHANIEL BASOLA SOBAYO: Doing Business As: #7
Kingsway Capital Partners, LLC
2148 UNIVERSITY AVENUE, East Palo Alto, California 94303
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.   Cell: 408-323-1849



**FILED**
DEC 16 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
Northern District of California

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

CERTIFICATE OF SERVICE OF DEFENDANT.

( ) Mail SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

Name: JEFFREY JOHNSON, ROOF GUARD ROOFING CO. INC
Care of Name:
Address: 740 WEST SAN CARLOS STREET
City: SAN JOSE   State: CA   Zip: 95126

Request for entry of DEFAULT & Affidavit in support of;

Declaration by me,

SIGNATURE:                                        DATED: 12/16/2014.
Christopher Franz Wuillemin,

NATHANIEL BASOLA SOBAYO: Doing Business As:
Kingsway Capital Partners, LLC
2148 UNIVERSITY AVENUE, East Palo Alto, California 94303
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.   Cell: 408-323-1849

#8


FILED
DEC 16 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
Northern District of California

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

CERTIFICATE OF SERVICE OF DEFENDANT.

( ) Mail SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

Name: ROOF GUARD COMPANY, INC
Care of Name: ATTENTION OF JEFFREY JOHNSON
Address: 740 WEST SAN CARLOS STREET
City: SAN JOSE   State: CA   Zip: 95126

Request for entry of DEFAULT & Affidavit in support of;

Declaration by me,

SIGNATURE:                                          DATED: 12/16/2014.
Christopher Franz Wuillemin,

#9
**NATHANIEL BASOLA SOBAYO: Doing Business As:**
**Kingsway Capital Partners, LLC**
**2148 UNIVERSITY AVENUE, East Palo Alto, California 94303**
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.   Cell: 408-323-1849

FILED
DEC 16 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

## CERTIFICATE OF SERVICE OF DEFENDANT.

( ) Mail SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

Name: *INTERWEST INSURANCE SERVICES, LICENSE # 0801094*
Care of Name: *STEVE CARMASSI*
Address: *100 PRINGLE AVENUE, SUITE 550*
City: *WALNUT CREEK*  State: *CA*  Zip: *94596*

Request for entry of DEFAULT & Affidavit in support of;

Declaration by me,

*[signature]*

SIGNATURE:                                           DATED: 12/16/2014.
Christopher Franz Wuillemin,

NATHANIEL BASOLA SOBAYO: Doing Business As:
Kingsway Capital Partners, LLC
2148 UNIVERSITY AVENUE, East Palo Alto, California 94303
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.   Cell: 408-323-1849

#/0

FILED

DEC 16 2014

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
Northern District of California

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

## CERTIFICATE OF SERVICE OF DEFENDANT.

( ) Mail SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

Name: STEVE CARMASSI, INTERWEST INSURANCE SERVICES
Care of Name:
Address: 100 PRINGLE AVENUE, SUITE 550
City: WALNUT CREEK  State: CA   Zip: 94596

Request for entry of DEFAULT & Affidavit in support of;

Declaration by me,

SIGNATURE:                                                    DATED: 12/16/2014.
Christopher Franz Wuillemin,

\# 11

NATHANIEL BASOLA SOBAYO: Doing Business As:
Kingsway Capital Partners, LLC
2148 UNIVERSITY AVENUE, East Palo Alto, California 94303
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.  Cell: 408-323-1849


FILED
DEC 16 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
Northern District of California

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

CERTIFICATE OF SERVICE OF DEFENDANT.

( ) Mail SERVICE: Regular, first class United States mail, postage fully
    pre-paid, addressed to:

Name: FIRST MERCURY INSURANCE, FIRST MERCURY FINANCIAL CORP
Care of Name: CORPORATE OFFICE
Address: 26600 TELEGRAPH ROAD
City: SOUTHFIELD    State: MICHIGAN  Zip: 48033

Request for entry of DEFAULT & Affidavit in support of;

Declaration by me,

SIGNATURE:                                          DATED: 12/16/2014.
Christopher Franz Wuillemin,

#12

NATHANIEL BASOLA SOBAYO: Doing Business As:
Kingsway Capital Partners, LLC
2148 UNIVERSITY AVENUE, East Palo Alto, California 94303
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.   Cell: 408-323-1849

FILED
DEC 16 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
Northern District of California

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

CERTIFICATE OF SERVICE OF DEFENDANT.

( ) Mail SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

Name: LEGAL & CLAIMS DEPT
Care of Name: STATE COMPENSATION INSURANCE FUND
Address: P.O. BOX 7441
City: SAN FRANCISCO   State: CA   Zip: 94120-7441

Request for entry of DEFAULT & Affidavit in support of;

Declaration by me,

SIGNATURE:                                           DATED: 12/16/2014.
Christopher Franz Wuillemin,

#15

NATHANIEL BASOLA SOBAYO: Doing Business As:
Kingsway Capital Partners, LLC
2148 UNIVERSITY AVENUE, East Palo Alto, California 94303
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.  Cell: 408-323-1849


FILED
DEC 16 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
Northern District of California

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

CERTIFICATE OF SERVICE OF DEFENDANT.

( ) Mail SERVICE: Regular, first class United States mail, postage fully
    pre-paid, addressed to:

Name: BRET HUSTED - PROFESSIONAL TERMITE, PROPERTY, ROOF INSPECTION
Care of Name:
Address: 1748 SWEETWOOD DRIVE
City: DALY CITY     State: CA     Zip: 94015

Request for entry of DEFAULT & Affidavit in support of;

Declaration by me,

SIGNATURE:                                    DATED: 12/16/2014.
Christopher Franz Wuillemin,

#16

NATHANIEL BASOLA SOBAYO: Doing Business As:
Kingsway Capital Partners, LLC
2148 UNIVERSITY AVENUE, East Palo Alto, California 94303
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.   Cell: 408-323-1849

**FILED**
DEC 16 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
Northern District of California

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

CERTIFICATE OF SERVICE OF DEFENDANT.

( ) Mail SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

Name: PROPOSED NEW BUYER OF SUBJECT PROPERTY @ 2148 UNIVERSITY AVE, EAST PALO ALTO, CA 94303
Care of Name: JENNIFER LOSKAMP BRE# 01375818 COLDWELL BANKER- RESIDENTIAL & COMMERCIAL
Address: 410 N SANTA CRUZ AVENUE
City: LOS GATOS      State: CA      Zip: 95030

Request for entry of DEFAULT & Affidavit in support of;

Declaration by me,

*[signature]*

SIGNATURE:                                              DATED: 12/16/2014.
Christopher Franz Wuillemin,

#17

NATHANIEL BASOLA SOBAYO: Doing Business As:
Kingsway Capital Partners, LLC
2148 UNIVERSITY AVENUE, East Palo Alto, California 94303
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.   Cell: 408-323-1849


5
FILED
DEC 16 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
Northern District of California

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

CERTIFICATE OF SERVICE OF DEFENDANT.

( ) Mail SERVICE: Regular, first class United States mail, postage fully
    pre-paid, addressed to:

Name: CUSTARD INSURANCE ADJUSTERS INC FOR FIRST MERCURY INSURANCE
Care of Name: DIANA ORLOWSKI, RAY PAIVA
Address: 601 VAN NESS AVENUE
City: SAN FRANCISCO   State: CA   Zip: 94102

Request for entry of DEFAULT & Affidavit in support of;

Declaration by me,

SIGNATURE:                                            DATED: 12/16/2014.
Christopher Franz Wuillemin,