

FILED
DEC 16 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division
UNITED STATES OF AMERICA,

KINGSWAY CAPITAL PARTNERS, LLC

Plaintiff

V.

Slavik S. Leydiker, et al,

Defendants.

Bankruptcy Case No. 14-31532
Chapter 11
Adversary Proceeding No. 14-03149

To: Clerk of Court

**AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

The undersigned, being first duly sworn, deposes and says:

1. I am the sole director of Kingsway Capital Partners, LLC.

2. This affidavit is executed by me in accordance with Rule 55 of the Federal Rules of Civil Procedure and any and all Supplemental Rules for Forfeiture of all Claims and Defense Forfeiture Actions, specifically for failure to answer or otherwise defend as to plaintiff's complaint.

3. On NOVEMBER 14, 2014, KINGSWAY CAPITAL PARTNERS, LLC, filed a complaint against the identified defendants, alleging that these defendants violated Fair Debt Collection Practices Act, "FDCPA" 15 U.S.C. Sec 1692a, et seq; and common law fraud.

4. On 11/14/2014, SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN ADVERSARY PROCEEDING , WAS ISSUED BY THIS COURT, AS ON NOVEMBER 14, 2014.

5. On 11/16/2014 ALL DEFENDANTS WERE SERVED, AND ON 11/20/2014, ALL CERTIFICATE OF SERVICE WERE FILED WITH THIS COURT. PLEASE, SEE THE CASE DOCKET FOR PROOFS.

6. AS OF TODAY

No person no entity has filed a verified motion or response as required by the subject Summons.

7. Upon information and belief, no person thought to have an interest in the defendants' Defense is an infant, incompetent, or presently engaged in military service.

By: NATHANIEL BASOLA SOBAYO,
CHAIRMAN, PRESIDENT & CEO
FOR : KINGSWAY CAPITAL PARTNERS, LLC

12/16/14.