Form DFT

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:<br>Kingsway Capital Partners, LLC<br>Debtor(s) | Case No.: 14–31532 Chapter: 11 |
| Kingsway Capital Partners, LLC<br>Plaintiff(s) | Adversary Proceeding No. 14–03149 |
| vs. | |
| Slavik S. Leydiker et al.<br>Defendant(s) | |

## ENTRY OF DEFAULT BY CLERK AND NOTICE THEREON

It appearing from the records in the above−entitled action that a Summons has been served upon the defendant(s) named above, and it further appearing from the affidavit of counsel for plaintiff(s), and other evidence as required by the F.R.C.P. Rule 55(a) that the defendant(s) named below have failed to plead or otherwise defend in said action as directed in said Summons and Notice of Status conference and as provided in the Federal Rules of Civil Procedure: Now, therefore, on the request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Slavik S. Leydiker
Maria Sosa
Sosa Maria G Trust
Maria Sosa's Insurer
Jeffrey Johnson
Roof Guard Company, Inc.
Inter West Insurance Services
First Mercury Insurance NAIC #10657
State Compensation Insurance Fund (CA) NAIC #3506
Custard Insurance Adjusters
Jaime Alvarez
Dan Beatty
Bret Husted
New Buyer of Subject Property
Steve Carmassi

Dated: 12/19/14

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Anna Cho–Wong
Deputy Clerk