UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
DEC 24 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In re
Kingsway Capital Partners LLC
vs
LEYDIKER, et al

Case No. 14-03149-HLB

AMENDED
CERTIFICATE OF SERVICE

MOTION FOR JUDGMENT
OF DEFAULT

**NATHANIEL BASOLA SOBAYO:** Doing Business As:
**Kingsway Capital Partners, LLC**
**2148 UNIVERSITY AVENUE, East Palo Alto, California 94303**
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.   Cell: 408-323-1849

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

CERTIFICATE OF SERVICE OF DEFENDANT.    (AMENDED)

( X ) Mail SERVICE: Regular, first class United States mail, postage fully
      pre-paid, addressed to:

Name: SLAVIK S. LEYDIKER, A PURPORTED ATTORNEY
Care of Name:
Address: 1717 WOODSIDE ROAD
City: REDWOOD CITY      State: CA      Zip: 94061

Request for entry of DEFAULT JUDGMENT & Affidavit in support of;

Declaration by me,

*[signature]*

SIGNATURE:                                      DATED: 12/22/2014.
Christopher Franz Wuillemin,

NATHANIEL BASOLA SOBAYO: Doing Business As:
Kingsway Capital Partners, LLC
2148 UNIVERSITY AVENUE, East Palo Alto, California 94303
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.   Cell: 408-323-1849

UNITED STATES BANKRUPTCY COURT
Northern District of California

Page | 7

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

CERTIFICATE OF SERVICE OF DEFENDANT.    (AMENDED)

( X ) Mail SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

Name: *MARIA SOSA*
Care of Name: *SLAVIK S. LEYDIKER, A PURPORTED ATTORNEY*
Address: *1717 WOODSIDE ROAD*
City: *REDWOOD CITY*    State: *CA*    Zip: *94061*

Request for entry of DEFAULT JUDGMENT & Affidavit in support of;

Declaration by me,

SIGNATURE:                                                              DATED: 12/22/2014.
Christopher Franz Wuillemin,

NATHANIEL BASOLA SOBAYO: Doing Business As:
Kingsway Capital Partners, LLC
2148 UNIVERSITY AVENUE, East Palo Alto, California 94303
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.   Cell: 408-323-1849

*DAN BEATTY #3*

UNITED STATES BANKRUPTCY COURT
Northern District of California

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

CERTIFICATE OF SERVICE OF DEFENDANT.   (AMENDED)

( X ) Mail SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

Name: DAN BEATTY, A PURPORTED ATTORNEY
Care of Name: ~~1771 WOODSIDE ROAD~~
Address: ~~REDWOOD CITY~~ 1771 WOODSIDE ROAD
City: REDWOOD CITY   State: CA   Zip: 94061

Request for entry of DEFAULT JUDGMENT & Affidavit in support of;

Declaration by me,

SIGNATURE:                                         DATED: 12/22/2014.
Christopher Franz Wuillemin,

NATHANIEL BASOLA SOBAYO: Doing Business As:
Kingsway Capital Partners, LLC
2148 UNIVERSITY AVENUE, East Palo Alto, California 94303
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.   Cell: 408-323-1849

UNITED STATES BANKRUPTCY COURT

Northern District of California

Page | 7

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

CERTIFICATE OF SERVICE OF DEFENDANT.    (AMENDED)

( X ) Mail SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

Name: JAIME ALVAREZ, NEW BAY REALTY
Care of Name:
Address: 3152 STORY ROAD
City: SAN JOSE       State: CA    Zip: 95127

Request for entry of DEFAULT JUDGMENT & Affidavit in support of;

Declaration by me,

*[signature]*

SIGNATURE:                                            DATED: 12/22/2014.
Christopher Franz Wuillemin,

*SOSA MARIA G TRUST   #5* (handwritten)

**NATHANIEL BASOLA SOBAYO: Doing Business As:**
Kingsway Capital Partners, LLC
2148 UNIVERSITY AVENUE, East Palo Alto, California 94303
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.   Cell: 408-323-1849

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

Page | 7

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

CERTIFICATE OF SERVICE OF DEFENDANT.    (AMENDED)

( X ) Mail SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

Name: *SOSA MARIA G TRUST*
Care of Name: *A PURPORTED LAWYER: SLAVIK S. LEYDIKER*
Address: *1771 WOODSIDE ROAD*
City: *REDWOOD CITY*   State: *CA*   Zip: *94061*

Request for entry of DEFAULT JUDGMENT & Affidavit in support of;

Declaration by me,

*[signature]*

SIGNATURE:                                                                DATED: 12/22/2014.
Christopher Franz Wuillemin,

**NATHANIEL BASOLA SOBAYO: Doing Business As:**
**Kingsway Capital Partners, LLC**
**2148 UNIVERSITY AVENUE, East Palo Alto, California 94303**
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.  Cell: 408-323-1849

**UNITED STATES BANKRUPTCY COURT**                                       Page | 7
**Northern District of California**

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

CERTIFICATE OF SERVICE OF DEFENDANT.    (AMENDED)

( X ) Mail SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

Name: MARIA SOSA'S INSURER, TO BE FULLY IDENTIFIED
Care of Name: A PURPORTED LAWYER: SLAVIK SLEYPIKER
Address: 1771 WOODSIDE ROAD
City: REDWOOD CITY    State: CA    Zip: 94061

Request for entry of DEFAULT JUDGMENT & Affidavit in support of;

Declaration by me,

*[signature]*

SIGNATURE:                                                    DATED: 12/22/2014.
**Christopher Franz Wuillemin,**

*Jeffry Johnson    #7*

NATHANIEL BASOLA SOBAYO: Doing Business As:
Kingsway Capital Partners, LLC
2148 UNIVERSITY AVENUE, East Palo Alto, California 94303
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.  Cell: 408-323-1849

UNITED STATES BANKRUPTCY COURT
Northern District of California

Page | 7

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

CERTIFICATE OF SERVICE OF DEFENDANT.    (AMENDED)

( X ) Mail SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

Name: JEFFREY JOHNSON, ROOF GUARD ROOFING CO. INC
Care of Name:
Address: 740 WEST SAN CARLOS STREET
City: SAN JOSE    State: CA    Zip: 95126

Request for entry of DEFAULT JUDGMENT & Affidavit in support of;

Declaration by me,

*[signature]*

SIGNATURE:
Christopher Franz Wuillemin,

DATED: 12/22/2014.

**NATHANIEL BASOLA SOBAYO: Doing Business As:**
**Kingsway Capital Partners, LLC**
**2148 UNIVERSITY AVENUE, East Palo Alto, California 94303**
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.   Cell: 408-323-1849

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

Page | 7

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

**CERTIFICATE OF SERVICE OF DEFENDANT.   (AMENDED)**

( X ) **Mail SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:**

Name: ROOF GUARD COMPANY INC
Care of Name: ATTENTION OF JEFFREY JOHNSON
Address: 740 WEST SAN CARLOS STREET
City: SAN JOSE      State: CA      Zip: 95126

**Request for entry of DEFAULT JUDGMENT & Affidavit in support of;**

**Declaration by me,**

*[signature]*

**SIGNATURE:**                                                          **DATED: 12/22/2014.**
**Christopher Franz Wuillemin,**

**NATHANIEL BASOLA SOBAYO: Doing Business As:**
**Kingsway Capital Partners, LLC**
**2148 UNIVERSITY AVENUE, East Palo Alto, California 94303**
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.   Cell: 408-323-1849

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

Page | 7

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

CERTIFICATE OF SERVICE OF DEFENDANT.   (AMENDED)

( X ) Mail SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

Name: *INTERWEST INSURANCE SERVICES*
Care of Name: *LICENSE #0B01094 ATTENTION: STEVE CARMASSI*
Address: *100 PRINGLE AVENUE, SUITE 550*
City: *WALNUT CREEK*  State: *CA*   Zip: *94596*

Request for entry of DEFAULT JUDGMENT & Affidavit in support of;

Declaration by me,

*[signature]*

SIGNATURE:                                                              DATED: 12/22/2014.
**Christopher Franz Wuillemin,**

**NATHANIEL BASOLA SOBAYO: Doing Business As:**
Kingsway Capital Partners, LLC
**2148 UNIVERSITY AVENUE, East Palo Alto, California 94303**
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.   Cell: 408-323-1849

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

Page | 7

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

CERTIFICATE OF SERVICE OF DEFENDANT.   (AMENDED)

( X ) Mail SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

Name: STEVE CARMASSI, INTERWEST INSURANCE SERVICES
Care of Name: 100 PRINGLE AVENUE, SUITE 550
Address:
City: WALNUT CREEK   State: CA   Zip: 94596

Request for entry of DEFAULT JUDGMENT & Affidavit in support of;

Declaration by me,

SIGNATURE:                                                         DATED: 12/22/2014.
**Christopher Franz Wuillemin,**

**NATHANIEL BASOLA SOBAYO:** Doing Business As:
Kingsway Capital Partners, LLC
2148 UNIVERSITY AVENUE, East Palo Alto, California 94303
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.  Cell: 408-323-1849

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

Page | 7

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

**CERTIFICATE OF SERVICE OF DEFENDANT.   (AMENDED)**

( X ) Mail SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

Name: FIRST MERCURY INSURANCE, FIRST MERCURY FINANCIAL CORP
Care of Name: CORPORATE OFFICE
Address: 26600 TELEGRAPH ROAD
City: SOUTHFIELD    State: MI    Zip: 48033

Request for entry of DEFAULT JUDGMENT & Affidavit in support of;

Declaration by me,

*[signature]*

SIGNATURE:                                                                 DATED: 12/22/2014.
Christopher Franz Wuillemin,

NATHANIEL BASOLA SOBAYO: Doing Business As:
Kingsway Capital Partners, LLC
2148 UNIVERSITY AVENUE, East Palo Alto, California 94303
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.  Cell: 408-323-1849

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

Page | 7

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

CERTIFICATE OF SERVICE OF DEFENDANT.   (AMENDED)

( X ) Mail SERVICE: Regular, first class United States mail, postage fully
       pre-paid, addressed to:

Name: LEGAL & CLAIMS DEPT
Care of Name: STATE COMPENSATION INSURANCE FUND
Address: P.O. BOX 7441
City: SAN FRANCISCO   State: CA   Zip: 94120-7441

Request for entry of DEFAULT JUDGMENT & Affidavit in support of;

Declaration by me,

*[signature]*

SIGNATURE:                                                   DATED: 12/22/2014.
Christopher Franz Wuillemin,

**NATHANIEL BASOLA SOBAYO: Doing Business As:**
**Kingsway Capital Partners, LLC**
**2148 UNIVERSITY AVENUE, East Palo Alto, California 94303**
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.   Cell: 408-323-1849

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

Page | 7

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

### CERTIFICATE OF SERVICE OF DEFENDANT.   (AMENDED)

( X ) Mail SERVICE: Regular, first class United States mail, postage fully
      pre-paid, addressed to:

Name: *BRET HUSTED PROFESSIONAL TERMITE, PROPERTY, ROOF INSPECTION*
Care of Name:
Address: *1748 SWEETWOOD DRIVE*
City: *DALY CITY*     State: *CA*     Zip: *94015*

Request for entry of **DEFAULT JUDGMENT** & Affidavit in support of;

Declaration by me,

*[signature]*

**SIGNATURE:**                                    DATED: 12/22/2014.
**Christopher Franz Wuillemin,**

*PROPOSED NEW BUYER OF SUBJECT PROPERTY #16*

NATHANIEL BASOLA SOBAYO: Doing Business As:
Kingsway Capital Partners, LLC
2148 UNIVERSITY AVENUE, East Palo Alto, California 94303
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.  Cell: 408-323-1849

UNITED STATES BANKRUPTCY COURT
Northern District of California

Page | 7

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

CERTIFICATE OF SERVICE OF DEFENDANT.    (AMENDED)

( X ) Mail SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

Name: *PROPOSED NEW BUYER OF SUBJECT PROPERTY @ 2148 UNIVERSITY AVENUE, EAST PALO ALTO, CA 94303*
Care of Name: *JENNIFER LOSKAMP, BRE#01375818 COLDWELL BANKER - RESIDENTIAL & COMMERCIAL*
Address: *410 N. SANTA CRUZ AVENUE*
City: *LOS GATOS*     State: *CA*     Zip: *95030*

Request for entry of DEFAULT JUDGMENT & Affidavit in support of;

Declaration by me,

*[signature]*

SIGNATURE:                                                                                 DATED: 12/22/2014.
Christopher Franz Wuillemin,

*CUSTARD INSURANCE ADJUSTERS INC #17*

**NATHANIEL BASOLA SOBAYO: Doing Business As:**
**Kingsway Capital Partners, LLC**
**2148 UNIVERSITY AVENUE, East Palo Alto, California 94303**
Email: nathaniel.sobayo@gmail.com
Telephone: 650-323-1849.   Fax: 650-228-2492.   Cell: 408-323-1849

**UNITED STATES BANKRUPTCY COURT**　　　　　　　　　　　　　　　　Page | 7
**Northern District of California**

Re: In re Kingsway Capital Partners, LLC; Chapter 11 Bankruptcy Case No. 14-31532.

# Adversary Proceeding No. 14-03149

CERTIFICATE OF SERVICE OF DEFENDANT.   (AMENDED)

( X ) Mail SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

Name: *CUSTARD INSURANCE ADJUSTERS INC FOR FIRST MERCURY INSURANCE*
Care of Name: *DIANA ORLOWSKI, CARE OF: RAY PAIVA*
Address: *601 VAN NESS AVENUE*
City: *SAN FRANCISCO*   State: *CA*   Zip: *94102*

Request for entry of DEFAULT JUDGMENT & Affidavit in support of;

Declaration by me,

*[signature]*

SIGNATURE:　　　　　　　　　　　　　　　　　　　　DATED: 12/22/2014.
Christopher Franz Wuillemin,