

FILED

DEC 29 2014

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

SLAVIK S. LEYDIKER (SBN 276264)
Law Office of Steve Leydiker
1771 Woodside Road
Redwood City, CA 94061
TEL: (650) 364-3455 FAX: (650) 616-3924

In Pro Per and Attorney for Defendants,
Dan Beatty and Maria Sosa

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>KINGSWAY CAPITAL PARTNERS, LLC,<br><br>Debtor, | Case No.: 14-31532 HLB 11<br><br>Chapter 11<br><br>Adv. No.: 14-03149 |
| KINGSWAY CAPITAL PARTNERS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SLAVIK S. LEYDIKER, et al.,<br><br>Defendants. | DECLARATION OF SLAVIK S. LEYDIKER IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT TO COMPLAINT OF PLAINTIFF KINGSWAY CAPITAL PARTNERS, LLC |

I, SLAVIK S. LEYDIKER, declare:

1. I am an attorney at law duly authorized to practice before all California Courts and the United States Federal Court, Northern District of California.

2. I am representing myself in propria persona and am the attorney of record for Defendants MARIA SOSA and DAN BEATTY herein.

3. On or about October 29, 2014, Maria Sosa filed a Motion for Relief from Automatic Stay in this underlying matter. The Motion came on regularly for hearing on November 17, 2014. Appearing on behalf of Plaintiff was Nathaniel Basola Sobayo ("Sobayo"), the purported CEO of Kingsway Capital Partners, LLC ("Kingsway"). The Court instructed Sobayo to retain an

LAW OFFICES OF
STEVE LEYDIKER
1771 WOODSIDE ROAD
REDWOOD CITY, CA 94061
(650) 367-1771

DECLARATION OF SLAVIK S. LEYDIKER

Case: 14-03149  Doc# 34  Filed: 12/29/14  Entered: 12/30/14 13:28:27  Page 1 of 3

attorney to represent Plaintiff and advised Sobayo that he was not permitted by law to represent his LLC. Thereafter, Sobayo retained attorney C. Alex Naegele ("Attorney Naegele).

4. Defendant Sosa's Motion for Relief from Stay was overruled without prejudice and she filed a subsequent Motion from Relief from Automatic Stay on November 18, 2014.

5. On or about November 19, 2014, I received by mail an Adversary Complaint, naming me as a co-defendant. The plaintiff was identified as Kingsway Capital Partners, LLC and it was signed by Sobayo on behalf of Kingsway.

6. The second hearing on the Motion for Relief from Automatic Stay was held on December 8, 2014 ("December 8th hearing"). At the hearing, the Court contemplated the issue of whether the commercial lease at the center of the unlawful detainer action terminated prior to Plaintiff filing the underlying bankruptcy petition. The Court did not issue a ruling; instead, I was instructed to file a brief on the issue of whether the lease terminated by operation of law, which is due on January 16, 2014. A hearing was set for February 19, 2015 ("February 19th hearing").

7. Following the December 8th hearing, it was my understanding that the survival of the underlying adversary hearing was dependant on the outcome of the February 19th hearing on the briefs. Consequently, I instructed Dan Beatty and Maria Sosa to hold off on filing any responsive pleadings in the adversary proceeding until after the February 19th hearing on the briefs.

8. I further believed that no action would be taken in the adversary proceeding because Kingsway Capital Partners, LLC was now represented by Attorney Naegele, who I presumed would notify me of any intention to file a request for entry of default. I explained to Defendants Beatty and Sosa that because Plaintiff now has an attorney, we should not expect any more shenanigans by Plaintiff.

9. On or about December 18, 2014, I received a copy of a Request for Entry of Default, signed by Sobayo. The Request for Entry of Default did not identify Attorney Naegele in the caption and it was not signed by Attorney Naegele.

10. I spoke with Attorney Naegele by phone on or about November 19, 2014, who informed me that he is not going to represent his client in connection with the adversary proceeding. He further indicated that adversary proceeding is inconsistent with the Chapter 11 goal of

2

DECLARATION OF SLAVIK S. LEYDIKER

reorganization and allowing Plaintiff to continue to operating under the lease.

11. On or about December 24, 2013, I emailed Attorney Naegele demanding that his client dismiss the adversary action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 24th day of December, 2014, at Redwood City, California.

Respectfully Submitted,

_____
SLAVIK S. LEYDIKER, In Pro Per and Attorney for DAN BEATTY AND MARIA SOSA

LAW OFFICES OF
STEVE LEYDIKER
1771 WOODSIDE ROAD
REDWOOD CITY, CA 94061
(650) 367-1771

3

DECLARATION OF SLAVIK S. LEYDIKER