RICHARD C. RAINES CSB #062460
Gagen, McCoy, McMahon, Koss, Markowitz & Raines
279 Front Street
P.O. Box 218
Danville, CA 94526
Telephone: (925) 837-0585
Facsimile: (925) 838-5985
rcr@gagenmccoy.com

Robert S. Luther, Esq. (SBN 121242)
LAW DIVISION OF NRT LLC
Western Region
1855 Gateway Blvd., Suite 670
Concord, CA 94520
Telephone:    925.771.5245
Facsimile:    925.771.5332
Bob.luther@westrsc.com

Attorneys for Defendants JENNIFER LOSKAMP
and CHRIS SHAHEEN

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>KINGSWAY CAPITAL PARTNERS, LLC | Chapter 11  Bankruptcy<br>Case No.: 14-31532 HLB |
| KINGSWAY CAPITAL PARTNERS, LLC,<br><br>                  Plaintiff,<br><br>      vs.<br><br>SLAVIK S. LEYDIKER, JAIME ALVAREZ,<br>DAN BEATTY, STEVE CARMASSI,<br>CUSTARD INSURANCE ADJUSTERS, FIRST<br>MERCURY INSURANCE NAIC #10657, BRET<br>HUSTED, INTER WEST INSURANCE<br>SERVICES, JEFFREY JOHNSON, JENNIFER<br>LOSKAMP, MARIA SOSA'S INSURER, NEW<br>BUYER OF SUBJECT PROPERTY, ROOF<br>GUARD COMPANY, INC., CHRIS SHAHEEN,<br>MARIA SOSA, SOSA MARIA G. TRUST, AND<br>STATE COMPENSATION INSURANCE FUND<br>(CA) NAIC #35076<br><br>              Defendants. | Adversary Proceeding No. 14-03149<br>HLB<br><br>**STATUS CONFERENCE**<br>**STATEMENT**<br><br>Date:     January 22, 2015<br>Time:     2:00 p.m.<br>Dept:     Courtroom 23<br>Judge:   Hon. Hannah L. Blumenstiel |

COMES NOW, JENNIFER LOSKAMP and CHRIS SHAHEEN and submit this Status Conference Statement:

## I. <u>STATUS OF ADVERSARY PROCEEDING</u>

### A.    Adversary Proceeding.

Plaintiff's adversary proceeding lists 16 defendants.  It is based on allegations relating to a commercial lease entered into between Plaintiff and defendant Maria Sosa.  The only allegation against LOSKAMP and SHAHEEN identifies them as "realtors representing a proposed buyer." There are no charging allegations against either LOSKAMP or SHAHEEN.  Further the claims do not pertain to a proposed sale.

Accordingly, on December 10, 2014, LOSKAMP and SHAHEEN filed a Motion to Dismiss Adversary Proceeding (Docket No. 25).  The Motion is set to be heard January 22, 2015. (*Id.*)

### B.    Initial Disclosure/Discovery Plan.

Plaintiff has not contacted LOSKAMP/SHAHEEN pertaining to this adversary proceeding regarding the court's Order Re Disclosures and Discovery Conference (Docket No. 3).  Thus, there has been no conference relating to initial disclosures and/or discovery. As LOSKAMP and SHAHEEN have filed a motion to dismiss, any discussion regarding a discovery plan is premature.

### C.    Pending Motions.

In addition to the Motion to Dismiss, defendants Dan Beatty, Slavik Leydiker and Maria Sosa filed a "Motion to Set Aside Entry of Default" (Docket No. 33).  That hearing is set for January 29, 2015. (*Id.*)

ANITRA PRASAD, who was not directly named in the complaint but instead was "named" as the "Proposed New Buyer of Subject Property yet to be identified," filed on January 13, 2015, a motion seeking an order to strike and dismiss complaint (Docket No. 38).  That hearing is set for February 12, 2015 (Docket No. 39).

| | |
|---|---|
| 1 | |
| 2 | ## II. RECOMMENDATIONS |
| 3 | LOSKAMP and SHAHEEN submit that the court should grant its Motion to Dismiss |
| 4 | with Prejudice, as Plaintiff has not and cannot state a viable claim. |
| 5 | DATED: January 14, 2015        Respectfully submitted, |

/s/__ Robert S. Luther_____
Robert S. Luther, Esq.
Attorneys for Defendants
JENNIFER LOSKAMP and CHRIS SHAHEEN