Signed and Filed: February 20, 2015

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>KINGSWAY CAPITAL PARTNERS, LLC,<br><br>               Debtor. | Case No. 14-31532 HLB<br><br>Chapter 11 |
| KINGSWAY CAPITAL PARTNERS, LLC,<br><br>               Plaintiff,<br>v.<br><br>SLAVIK S. LEYDIKER et al.,<br><br>               Defendants. | Adv. Proc. No. 14-03149 HLB |

**ORDER VACATING ORDER TO SHOW CAUSE RE DISMISSAL**

    On February 19, 2015 the Court held a hearing on the Court's Order to Show Cause Why This Case Should Not Be Dismissed for Lack of Counsel (the "OSC"). Appearances were as noted on the record. For the reasons stated on the record, the Court **ORDERS** that the OSC is **VACATED**.

**\*\*END OF ORDER\*\***

## Court Service List

Gregory J. Sowder (Attorney for Defendants Jeffrey Johnson and Roof Guard Company, Inc.)
Law Offices of Austin D. Garner
391 Sutter St. #407
San Francisco, CA 94108

Kevin J. Gray (Attorney for Defendants Jeffrey Johnson and Roof Guard Company, Inc.)
Harrington, Foxx, Dubrow and Canter, LLP
655 Montgomery St., Suite 1100
San Francisco, CA 94111

Steve Leydiker (Attorney for Defendants Maria Sosa, Dan Beatty, and Slavik Leydiker)
1771 Woodside Rd.
Redwood City, CA 94061