

Signed and Filed: February 20, 2015

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 14-31532 HLB |
| KINGSWAY CAPITAL PARTNERS, LLC, | ) Chapter 11 |
| Debtor. | ) |
| KINGSWAY CAPITAL PARTNERS, LLC, | ) |
| Plaintiff, | ) Adv. Proc. No. 14-03149 HLB |
| v. | ) |
| SLAVIK S. LEYDIKER et al., | ) |
| Defendants. | ) |

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO SET ASIDE DEFAULTS, DISMISS CERTAIN DEFENDANTS, AMEND COMPLAINT, AND TAKE MOTION FOR DEFAULT JUDGMENT OFF CALENDAR**

On February 19, 2015 the Court held a hearing on Plaintiff's Motion to 1) Set Aside Defaults Against All Defendants; 2) Remove Plaintiff's Motion for Default Judgment from This Court's Calendar; 3) Dismiss All Defendants Without Prejudice Except Creditor Maria Sosa and Sosa Maria G. Trust; and; 4) Amend Complaint to Add Causes of Action (the "Motion"). Appearances were as noted on the record. For the reasons stated on the record, the Court **ORDERS** as follows:

    (1)    The Motion is **GRANTED** as to Plaintiff's request to set aside all defaults;

ORDER

- 1 -

1    (2)   The Motion is **GRANTED** as to Plaintiff's request to
2          dismiss, without prejudice, all defendants other than
3          Maria Sosa and Sosa Maria G. Trust;
4    (3)   The Motion is **DENIED** as to Plaintiff's request to
5          take Plaintiff's Motion for Default Judgment off
6          calendar;
7    (4)   The Motion is **GRANTED** as to Plaintiff's request for
8          leave to amend the complaint.  Plaintiff shall file
9          any amended complaint within fourteen days of entry
10         of this order.

**\*\*END OF ORDER\*\***

ORDER

- 2 -
Case: 14-03149   Doc# 81   Filed: 02/20/15   Entered: 02/20/15 16:13:36   Page 2 of 3

## Court Service List

Gregory J. Sowder (Attorney for Defendants Jeffrey Johnson and Roof Guard Company, Inc.)
Law Offices of Austin D. Garner
391 Sutter St. #407
San Francisco, CA 94108

Kevin J. Gray (Attorney for Defendants Jeffrey Johnson and Roof Guard Company, Inc.)
Harrington, Foxx, Dubrow and Canter, LLP
655 Montgomery St., Suite 1100
San Francisco, CA 94111

Steve Leydiker (Attorney for Defendants Maria Sosa, Dan Beatty, and Slavik Leydiker)
1771 Woodside Rd.
Redwood City, CA 94061