Signed and Filed: February 20, 2015

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 14-31532 HLB |
| KINGSWAY CAPITAL PARTNERS, LLC, | Chapter 11 |
| Debtor. | |
| KINGSWAY CAPITAL PARTNERS, LLC, | |
| Plaintiff, | Adv. Proc. No. 14-03149 HLB |
| v. | |
| SLAVIK S. LEYDIKER et al., | |
| Defendants. | |

**ORDER DENYING DEFENDANT ANITRA PRASAD'S MOTION TO DISMISS**

On February 19, 2015 the Court held a hearing on Defendant Anitra Prasad's Motion to Strike Complaint, to Dismiss Complaint, Vacate Default, and for a More Definitive Statement (the "Motion"). Appearances were as noted on the record. For the reasons stated on the record, the Court **DENIES** the Motion as moot.

**\*\*END OF ORDER\*\***

## Court Service List

Gregory J. Sowder (Attorney for Defendants Jeffrey Johnson and Roof Guard Company, Inc.)
Law Offices of Austin D. Garner
391 Sutter St. #407
San Francisco, CA 94108

Kevin J. Gray (Attorney for Defendants Jeffrey Johnson and Roof Guard Company, Inc.)
Harrington, Foxx, Dubrow and Canter, LLP
655 Montgomery St., Suite 1100
San Francisco, CA 94111

Steve Leydiker (Attorney for Defendants Maria Sosa, Dan Beatty, and Slavik Leydiker)
1771 Woodside Rd.
Redwood City, CA 94061