# Exhibit G

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Nathaniel Basola Sobayo, dba Kingsway Capital Partners, LLC<br>2148 University Ave<br>East Palo Alto, CA 94303<br>TELEPHONE NO: (650) 323-1849  FAX NO (Optional): (650) 228-2492<br>E-MAIL ADDRESS (Optional): Nathaniel.sobayo@gmail.com<br>ATTORNEY FOR (Name): Plaintiff in Pro Per | FILED<br>SAN MATEO COUNTY<br>SEP - 5 2014<br>Clerk of the Superior Court<br>By _____ DEPUTY CLERK |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN MATEO
STREET ADDRESS: 400 County Center
MAILING ADDRESS:
CITY AND ZIP CODE: Redwood City, CA 94064
BRANCH NAME: Hall of Justice, Civil Division

PLAINTIFF: Nathaniel Basola Sobayo, dba Kingsway Capital Partners, LLC

DEFENDANT: Maria Sosa, Jeffrey Johnson, Roof Guard Company, Inc., and Jaime Alvarez
*Please additional Defendants as attached*

[✓] DOES 1 TO 20

**CONTRACT**
[✓] COMPLAINT    [ ] AMENDED COMPLAINT (Number):
[ ] CROSS-COMPLAINT    [ ] AMENDED CROSS-COMPLAINT (Number):

Jurisdiction (check all that apply):
[ ] **ACTION IS A LIMITED CIVIL CASE**
   Amount demanded [ ] does not exceed $10,000
                   [ ] exceeds $10,000 but does not exceed $25,000
[✓] **ACTION IS AN UNLIMITED CIVIL CASE** (exceeds $25,000)
[ ] **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER: CIV 530289

1. **Plaintiff*** (name or names):
   Nathaniel Basola Sobayo, dba Kingsway Capital Partners, LLC

   alleges causes of action against **defendant*** (name or names):
   Maria Sosa, Jeffrey Johnson, Roof Guard Company, Inc., and Jaime Alvarez

2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
   [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] other (specify):

   b. [ ] Plaintiff (name):
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
      b. [ ] has complied with all licensing requirements as a licensed (specify):
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
   [✓] except defendant (name): Roof Guard Company    [ ] except defendant (name):
      (1) [ ] a business organization, form unknown      (1) [ ] a business organization, form unknown
      (2) [✓] a corporation                               (2) [ ] a corporation
      (3) [ ] an unincorporated entity (describe):        (3) [ ] an unincorporated entity (describe):
      (4) [ ] a public entity (describe):                 (4) [ ] a public entity (describe):
      (5) [ ] other (specify):                            (5) [ ] other (specify):

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.    Page 1 of 2

Form Approved for Optional Use
Judicial Council of California     **COMPLAINT—Contract**     Code of Civil Procedure, § 425.12
PLD-C-001 [Rev January 1, 2007]

Case: 14-03149    Doc# 86-7    Filed: 03/03/15    Entered: 03/03/15 12:41:13    Page 2 of 12

| SHORT TITLE | CASE NUMBER |
|---|---|
| Nathaniel Sobayo v Maria Sosa, Jeffrey Johnson, Roof Guard Company, Inc , and Jaime Alvarez | |

PLD-C-001

4  *(Continued)*
   b  The true names of defendants sued as Does are unknown to plaintiff
      (1) [✓] Doe defendants *(specify Doe numbers)* 1 through 20 _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment
      (2) [✓] Doe defendants *(specify Doe numbers)* 1 through 20 _____ are persons whose capacities are unknown to plaintiff
   c  [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c
   d  [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names)*

5  [ ] Plaintiff is required to comply with a claims statute, **and**
   a  [ ] has complied with applicable claims statutes, *or*
   b  [ ] is excused from complying because *(specify)*

6  [✓] This action is subject to  [ ] Civil Code section 1812 10  [ ] Civil Code section 2984 4
7  This court is the proper court because
   a  [✓] a defendant entered into the contract here
   b  [ ] a defendant lived here when the contract was entered into
   c  [ ] a defendant lives here now
   d  [✓] the contract was to be performed here
   e  [ ] a defendant is a corporation or unincorporated association and its principal place of business is here
   f  [✓] real property that is the subject of this action is located here
   g  [ ] other *(specify)*

8  The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*

   [✓] Breach of Contract
   [ ] Common Counts
   [✓] Other *(specify)*
       Property Damage, Negligence, Breach of Warranty, Discrimination Intentional Tort, Exemplary Dam

9  [ ] Other allegations

10 **Plaintiff prays** for judgment for costs of suit, for such relief as is fair, just, and equitable, and for
   a  [✓] damages of $ 1,650,000 00
   b  [✓] interest on the damages
      (1) [✓] according to proof
      (2) [ ] at the rate of *(specify)*  _____ percent per year from *(date)*
   c  [ ] attorney's fees
      (1) [ ] of $
      (2) [ ] according to proof
   d  [ ] other *(specify)*

11 [✓] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers)*
   GN-1, IT-1,

Date August 25, 2014

Nathaniel Basola Sobayo
(TYPE OR PRINT NAME)                                    ▶ _____
                                                           (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification )*

# ADDITIONAL DEFENDANTS
## ATTACHMENT OF ADDITIONAL PAGE FOR LISTING OF
## JUDICIAL COUNCIL COMPLAINT FORM: NUMBER:PLD-C-001.

Sosa Maria G Trust, as property owner

Maria Sosa's Insurer, to be identified

Inter West Insurance Services, Insurance Agency for
    Jeffrey Johnson & Roof Guard Company, Inc

Steve Carmassi, Inter West Insurance Services,
    Jeffrey Johnson & Roof Guard Company, Inc

First Mercury Insurance NAIC # 10657, Insurer for
    Jeffrey Johnson & Roof Guard Company, Inc

State Compensation Insurance Fund (CA) NAIC # 35076
    Insurer for Jeffrey Johnson & Roof Guard Company, Inc

Jaime Alvarez, Real Estate Broker for Maria Sosa,
    as Property Sale listing agent

Dan Beatty, Attorney at Law for Maria Sosa,
    without the required investigation and due diligence(s)

Jennifer Loskamp, Realtor of Coldwell Banker,
    for proposed new buyer of subject Property's PENDING SALE

Chris Shaheen, Commercial Associate of Coldwell Banker

Bret Husted, Prevention Inspector for proposed new buyer

Proposed New Buyer of Subject Property, to be identified

NATHANIEL BASOLA SOBAYO
Plaintiff Without Attorney
2148 UNIVSERSITY AVENUE
EAST PALO ALTO, CA 94303
PHONE:650-323-1849.   FAX:650-228-2492.   Mobile:408-242-1782.
E-MAIL:Nathaniel.sobayo@gmail.com

**SUPERIOR COURT OF THE STATE OF CALIFORNIA** FOR COUNTY OF SAN MATEO

400 COUNTY CENTER, HALL OF JUSTICE & RECORDS, REDWOOD CITY, CA 94063

| | |
|---|---|
| NATHANIEL BASOLA SOBAYO, | Case No.: |
| Plaintiff, | **VERIFICATION** |
| vs. | |
| MARIA SOSA, et al | **FOR** |
| DOES 1-20, inclusive; | **COMPLAINT FOR BREACH OF CONTRACT** |
| Defendants | |

# VERIFICATION

I, NATHANIEL BASOLA SOBAYO, the plaintiff in the above-entitled action.

I have read the foregoing complaint for damages and know the contents thereof.

The facts and allegations contained therein are true and correct of my own knowledge, except as to those matters which are therein alleged on

COMPLAINT

FOR BREACH OF CONTRACT - 1

information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at EAST PALO ALTO, California.

Dated: September 05, 2014

*[signature]*

NATHANIEL BASOLA SOBAYO
Plaintiff

COMPLAINT

FOR BREACH OF CONTRACT - 2

| SHORT TITLE | CASE NUMBER |
|---|---|
| Nathaniel Basola Sobayo v Maria Sosa, J. Johnson, Roof Guard, et al. | |

FIRST **CAUSE OF ACTION—Breach of Contract**
_(number)_

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

_(Use a separate cause of action form for each cause of action)_

BC-1  Plaintiff _(name)_: Nathaniel Basola Sobayo, dba Kingsway Capital Partners, LLC

   alleges that on or about _(date)_ January 16, 2013
   a ☑ written ☑ oral ☐ other _(specify)_
   agreement was made between _(name parties to agreement)_
   Nathaniel Basola Sobayo, dba Kingsway Capital Partners, LLC and Maria Sosa
   ☑ A copy of the agreement is attached as Exhibit A, or
   ☐ The essential terms of the agreement ☐ are stated in Attachment BC-1 ☐ are as follows _(specify)_

BC-2  On or about _(dates)_ ✻
   defendant breached the agreement by ☐ the acts specified in Attachment BC-2 ☑ the following acts
   _(specify)_

   Defendant Maria Sosa failed to maintain the premises in a habitable condition, as she repeatedly failed to repair several leaks in the roof, which resulted in the loss of $1,630,500.00 in personal property. Further, Defendant Maria Sosa refused to allow Plaintiff to participate in her breach of warranty claim and be compensated for his lost property.

BC-3  Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing

BC-4  Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
   ☐ as stated in Attachment BC-4 ☑ as follows _(specify)_
   Due to the un-repaired leaks in the roof, Plaintiff had $1,630,500.00 in personal property consisting of 40 years of accumulated data base, several computers, a great deal of software, and several printers damaged beyond repair.

BC-5  ☑ Plaintiff is entitled to attorney fees by an agreement or a statute
       ☑ of $
       ☐ according to proof
BC-6  ☐ Other

Page 3
Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev January 1, 2007]

**CAUSE OF ACTION—Breach of Contract**

Code of Civil Procedure, § 425 12
www.courtinfo.ca.gov

Case: 14-03149   Doc# 86-7   Filed: 03/03/15   Entered: 03/03/15 12:41:13   Page 7 of 12

| SHORT TITLE | CASE NUMBER |
|---|---|
| Nathaniel Basola Sobayo v Maria Sosa, J. Johnson, Roof Guard, et al. | |

FIRST  CAUSE OF ACTION—Breach of Contract
(number)

ATTACHMENT TO  [✔] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action)*

BC-1  Plaintiff *(name)*  Nathaniel Basola Sobayo, dba Kingsway Capital Partners, LLC

  alleges that on or about *(date)*  January 16, 2013
  a  [✔] written  [ ] oral  [ ] other *(specify)*
  agreement was made between *(name parties to agreement)*
  Nathaniel Basola Sobayo, dba Kingsway Capital Partners, LLC and Maria Sosa
  [✔] A copy of the agreement is attached as Exhibit A, or
  [ ] The essential terms of the agreement  [ ] are stated in Attachment BC-1  [ ] are as follows *(specify)*

BC-2  On or about *(dates)*
  defendant breached the agreement by  [ ] the acts specified in Attachment BC-2  [✔] the following acts
  *(specify)*

  Defendant Maria Sosa failed to maintain the premises in a habitable condition, as she repeatedly failed to repair several leaks in the roof, which resulted in the loss of $1,630,500 00 in personal property  Further, Defendant Maria Sosa refused to allow Plaintiff to participate in her breach of warranty claim and be compensated for his lost property

BC-3  Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing

BC-4  Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
  [ ] as stated in Attachment BC-4  [✔] as follows *(specify)*
  Due to the un-repaired leaks in the roof, Plaintiff had $1,630,500 00 in personal property consisting of 40 years of accumulated data base, several computers, a great deal of software, and several printers damaged beyond repair

BC-5  [✔]  Plaintiff is entitled to attorney fees by an agreement or a statute
      [✔] of $
      [ ] according to proof
BC-6  [ ]  Other

Page  3

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev January 1, 2007]

CAUSE OF ACTION—Breach of Contract

Code of Civil Procedure, § 425 12
www.courtinfo.ca.gov

Case: 14-03149   Doc# 86-7   Filed: 03/03/15   Entered: 03/03/15 12:41:13   Page 8 of 12

<u>FIRST</u>     **CAUSE OF ACTION—Breach of Contract**
*(number)*
ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action )*

BC-1  Plaintiff *(name)*  Nathaniel Basola Sobayo, dba Kingsway Capital Partners, LLC

alleges that on or about *(date)*  January 16, 2013
a [✓] written  [ ] oral  [ ] other *(specify)*
agreement was made between *(name parties to agreement)*
Nathaniel Basola Sobayo, dba Kingsway Capital Partners, LLC and Maria Sosa
[✓] A copy of the agreement is attached as Exhibit A, or
[ ] The essential terms of the agreement   [ ] are stated in Attachment BC-1   [ ] are as follows *(specify)*

BC-2  On or about *(dates)*
defendant breached the agreement by   [ ] the acts specified in Attachment BC-2   [✓] the following acts
*(specify)*

Defendant Maria Sosa failed to maintain the premises in a habitable condition, as she repeatedly failed to repair several leaks in the roof, which resulted in the loss of $1,630,500 00 in personal property  Further, Defendant Maria Sosa refused to allow Plaintiff to participate in her breach of warranty claim and be compensated for his lost property

BC-3  Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing

BC-4  Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
[ ] as stated in Attachment BC-4   [✓] as follows *(specify)*
Due to the un-repaired leaks in the roof, Plaintiff had $1,630,500.00 in personal property consisting of 40 years of accumulated data base, several computers, a great deal of software, and several printers damaged beyond repair

BC-5  [✓] Plaintiff is entitled to attorney fees by an agreement or a statute
            [✓] of $
            [ ] according to proof
BC-6  [ ] Other

Page  3

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev January 1, 2007]

**CAUSE OF ACTION—Breach of Contract**

Code of Civil Procedure, § 425 12
www.courtinfo ca gov

Case: 14-03149   Doc# 86-7   Filed: 03/03/15   Entered: 03/03/15 12:41:13   Page 9 of 12

| SECOND | CAUSE OF ACTION—General Negligence | Page 4 |
|---|---|---|
| (number) | | |

ATTACHMENT TO  [✔] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action)*

GN-1 Plaintiff *(name)*  Nathaniel Basola Sobayo, dba Kingsway Capital Partners, LLC

alleges that defendant *(name)*  Maria Sosa, Jeffrey Johnson, Roof Guard Company, Inc,

[✔] Does  1  to  20

was the legal (proximate) cause of damages to plaintiff By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*
at *(place)*  2148 University Ave. East Palo Alto, CA

*(description of reasons for liability)*

Defendant Maria Sosa, was a landlord who had contracted to provide Plaintiff with a habitable commercial unit and hired Defendants Jeffrey Johnson and Roof Guard Company, Inc., corporation to repair leaks in the roof. Defendant Maria Sosa was negligent in choosing Defendants Jeffrey Johnson and Roof Guard Company, Inc , and in failing to check out and make sure that the roof was repaired in a workmanlike manner, Defendants Jeffrey Johnson and Roof Guard Company, Inc., breached their standard of due care repaired in a workmanlike manner such that the roof leaked worse the next time it rained causing Plaintiff to lose 40 years accumulation of data in his database which contained client lists and contracts, several computers, a great deal of software, printers, and other business equipment with an estimated value of $1,650,000.00

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425 12
www.courtinfo.ca.gov

THIRD **CAUSE OF ACTION—Intentional Tort** Page 5

(number)

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action )*

IT-1 Plaintiff *(name)*: Nathaniel Basola Sobayo, dba Kingsway Capital Partners, LLC

alleges that defendant *(name)* Maria Sosa and Jaime Alvarez, in his capacity as Real Estate Broker

☑ Does 1 to 20

was the legal (proximate) cause of damages to plaintiff By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)* May 17, 2014
at *(place)* East Palo Alto, CA

*(description of reasons for liability)*

> In or about May, 2014, Plaintiff was notified by Defendant Maria Sosa that she had planned to see the subject premises commonly described as 2148 University Ave East Palo Alto, CA. Plaintiff has a 5 year lease on said premises and an option for another 5 years Plaintiff stated to Defendant Maria Sosa that Plaintiff wanted to purchase the subject property and Defendant informed Plaintiff that Plaintiff would have to speak to her Broker, Jaime Alvarez Plaintiff contacted Defendant Alvarez and informed him that Plaintiff wanted to purchase the commercial space himself and requested information concerning comparable sales, loans on the unit, and how the market value was determined and Defendant Alvarez stated that he would provide it. Defendant Alvarez provided no information, did not return Plaintiff's phone calls or other communications and has now, purported to sell 2148 University Ave East Palo Alto, CA to another buyer
>
> Plaintiff is an African American who was born in Nigeria, Africa Plaintiff is informed, believes, and thereupon alleges that in failing to allow Plaintiff to make an offer to purchase the property, that Defendant Alvarez, as a licensed real estate broker, acting within the course and scope of his agency for Defendant Sosa, deliberately and willfully discriminated against plaintiff on the basis of his race, color, and place of national origin within the meaning of the Unruh Civil Rights Act

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev January 1, 2007]

**CAUSE OF ACTION–Intentional Tort**

Code of Civil Procedure, § 425 12
www courtinfo ca gov

Case: 14-03149   Doc# 86-7   Filed: 03/03/15   Entered: 03/03/15 12:41:13   Page 11 of 12

| SHORT TITLE | CASE NUMBER |
|---|---|
| Nathaniel Basola Sobayo, dba Kingsway Capital Partners, LLC | |

## Exemplary Damages Attachment

Page 6

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint

EX-1 As additional damages against defendant *(name)*
    Maria Sosa and Jaime Alvarez, in his capacity as Real Estate Broker

Plaintiff alleges defendant was guilty of
  [✓] malice
  [ ] fraud
  [✓] oppression

as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant

EX-2 The facts supporting plaintiff's claim are as follows

In or about May, 2014, Plaintiff was notified by Defendant Maria Sosa that she had planned to see the subject premises commonly described as 2148 University Ave. East Palo Alto, CA. Plaintiff has a 5 year lease on said premises and an option for another 5 years. Plaintiff stated to Defendant Maria Sosa that Plaintiff wanted to purchase the subject property and Defendant informed Plaintiff that Plaintiff would have to speak to her Broker, Jaime Alvarez. Plaintiff contacted Defendant Alvarez and informed him that Plaintiff wanted to purchase the commercial space himself and requested information concerning comparable sales, loans on the unit, and how the market value was determined and Defendant Alvarez stated that he would provide it. Defendant Alvarez provided no information, did not return Plaintiff's phone calls or other communications and has now, purported to sell 2148 University Ave East Palo Alto, CA to another buyer.

Plaintiff is an African American who was born in Nigeria, Africa. Plaintiff is informed, believes, and thereupon alleges that in failing to allow Plaintiff to make an offer to purchase the property, that Defendant Alvarez, as a licensed real estate broker, acting within the course and scope of his agency for Defendant Sosa, deliberately and willfully discriminated against plaintiff on the basis of his race, color, and place of national origin within the meaning of the Unruh Civil Rights Act.

Plaintiff is entitled to damages from Defendants according to proof

EX-3 The amount of exemplary damages sought is
  a [✓] not shown, pursuant to Code of Civil Procedure section 425 10
  b [ ] $

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev January 1, 2007]

**Exemplary Damages Attachment**

Code of Civil Procedure, § 425 12
www.courtinfo.ca.gov

Case: 14-03149   Doc# 86-7   Filed: 03/03/15   Entered: 03/03/15 12:41:13   Page 12 of 12